UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SURSATTIE KETWAROO,

                      Plaintiff,

        -against-                             23-CV-2523 (VSB)

                                               **ORDER**

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY,

                   Defendants.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 15, 2023
       New York, New York

                                                       _____
                                                       Vernon S. Broderick
                                                     United States District Judge